1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

15 | EMAD MISSREEZADAH, an
individual, on behalf of himself and on
16 | behalf of all persons similarly situated,

17 |             Plaintiff,

18 | vs.

19 | NCR CORPORATION, a Corporation;
and Does 1 through 50, Inclusive,
20

21 |             Defendants.

22
23
24
25
26
27
28

Case No. **CV 21-2886-GW-JCx**

Assigned for all purposes to
Honorable George H. Wu

**ORDER OF DISMISSAL**

1

## <u>ORDER OF DISMISSAL</u>

2          Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure

3    41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS,

4    DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties,

5    with each party bearing that party's own attorney's fees and costs. The Clerk is

6    directed to close the file.

7    Dated: June 1, 2021

8    _____

9    HONORABLE GEORGE H. WU
     UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DISMISSAL
Case No. 2:21-cv-02886-GW-JC